1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  PHILLIP L. HARMON,              )   Case No. CV 09-911-AHS (OP)
                                    )
12                 Petitioner,      )   ORDER ADOPTING FINDINGS,
                                    )   CONCLUSIONS, AND
13        v.                        )   RECOMMENDATIONS OF
                                    )   UNITED STATES MAGISTRATE
14  DEPT. OF MENTAL HEALTH,         )   JUDGE
                                    )
15                                  )
                                    )
16                 Respondent.      )
                                    )
17
          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18
   records and files herein, the Final Report and Recommendation of the United States
19
   Magistrate Judge, and the objections filed by Petitioner, de novo. The court concurs
20
   with and adopts the findings, conclusions, and recommendations of the Magistrate
21
   Judge,
22
   / / /
23
   / / /
24
   / / /
25
26
27
28

1       IT IS ORDERED that Judgment be entered: (1) approving and adopting this Final Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action for lack of jurisdiction.

DATED: October 12, 2010

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge